UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE MAJESTIC STAR CASINO, LLC, et al.,[1] ) | Case No. 09-14136 (KG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Ref. Docket Nos. 719, 1058, 1314 & 1326 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, the Tax Assessor for Lake County, Indiana ("Lake County"), by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from the following findings, conclusions and orders of the United States Bankruptcy Court for the District of Delaware:

(i) Findings of Fact and Conclusions of Law, dated September 13, 2011 [Docket No. 1314].

(ii) Final Order Establishing the Debtors' Property Tax Liability with Respect to the Vessels Pursuant to the Motion of Lake County, Indiana for Allowance of Claims and Determination of Real Property Assessment and Tax Liability Pursuant to Sections 502, 505(a) and 105(a) of the Bankruptcy Code, dated September 20, 2011 [Docket No. 1326].

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: The Majestic Star Casino, LLC (4986); The Majestic Star Casino II, Inc. (0927); The Majestic Star Casino Capital Corp. (0872); Majestic Star Casino Capital Corp. II (9309); Barden Mississippi Gaming, LLC (8783); Barden Colorado Gaming, LLC (8674); Majestic Holdco, LLC (4648); and Majestic Star Holdco, Inc. (9415). The corporate address for the debtors is 301 Fremont Street, 12th Floor, Las Vegas, Nevada 89101.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the findings, conclusions and orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Tax Assessor for<br>Lake County, Indiana | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Joseph M. Barry (DE Bar No. 4221)<br>Justin H. Rucki (DE Bar No. 5304)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Facsimile:   (302) 571-1253<br><br>-and-<br><br>PARKER POE ADAMS & BERNSTEIN LLP<br>Charles C. Meeker<br>Charles E. Raynal IV<br>Wachovia Capitol Center<br>150 Fayetteville Street<br>Suite 1400<br>Raleigh, North Carolina 27601<br>Telephone:   (919) 890-4168<br>Facsimile:   (919) 835-4552 |
| Debtors and Debtors in Possession | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street<br>Wilmington, Delaware 19899 8705<br>Telephone:   (302) 652-4100<br>Facsimile:   (302) 652-4400<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>James H.M. Sprayregen, P.C., Esq.<br>Edward O. Sassower, Esq.<br>Stephen E. Hessler, Esq.<br>601 Lexington Ave.<br>New York, New York 10022 |

|  |  |
|---|---|
|  | Telephone: (212) 446-4800 |
|  | Facsimile: (212) 446-4900 |
| Wells Fargo Capital Finance, Inc. as Agent | DUANE MORRIS LLP<br>Richard W. Riley, Esq. (DE Bar No. 4052)<br>1100 North Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 657-4928<br>Facsimile: (302) 657-4901<br><br>-and-<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Jesse H. Austin, III, Esq.<br>Cassie Coppage, Esq.<br>600 Peachtree Street<br>Suite 2400<br>Atlanta, Georgia 30308<br>Telephone: (404) 815-2400<br>Facsimile: (404) 815-2424 |
| Senior Secured Notes Trustee | REED SMITH LLP<br>Kurt F. Gwynne (DE Bar No. 3951)<br>1201 Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>-and-<br><br>LATHAM & WATKINS LLP<br>Peter P. Knight, Esq.<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767 |
| Official Committee of Unsecured Creditors | BLANK ROME LLP<br>David W. Carickhoff (DE Bar No. 3715)<br>Stanley B. Tarr (DE Bar No. 5535)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400 |

       Facsimile: (302) 425-6464

       -and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer
Scott L. Alberino
Sean O'Donnell
One Bryant Park
New York, NY 10036
 Telephone: (212) 872-1000
 Facsimile: (212) 872-1002


Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
   September 26, 2011

/s/ Joseph M. Barry
Joseph M. Barry (No. 4221)
Justin H. Rucki (No. 5304)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*-and-*

Parker Poe Adams & Bernstein LLP
Charles C. Meeker
Charles E. Raynal IV
Wachovia Capitol Center
150 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Telephone: (919) 890-4168
Facsimile: (919) 835-4552

*Counsel for the Tax Assessor for Lake County, Indiana*